UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AYMAN A. AMIN, | CIVIL NO. 03-1181 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER** |
| FLAGSTONE HOSPITALITY MANAGEMENT, L.L.C., d/b/a Hampton Inn, | |
| Defendant. | |

Kurt B. Glaser and Lisa D. Hill, **SMITH & GLASER**, **LLC**, 331 North 2nd Avenue, Suite 250, Minneapolis, Minnesota 55401.

Cynthia P. Arends and J. Eric Durr, **HALLELAND LEWIS NILAN & JOHNSON, P.A.**, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 18, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment [Docket No. 50] is denied.

Dated: June 10, 2005
at Minneapolis, Minnesota.

                                                                       s/John R. Tunheim
                                                                    JOHN R. TUNHEIM
                                                           United States District Judge